UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Angela Marie Williams

Debtor(s)

Case No. 15 B 15960

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/04/2015.

2) The plan was confirmed on 08/31/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/27/2015, 02/24/2016.

5) The case was Dismissed on 03/10/2016.

6) Number of months from filing to last payment: 10.

7) Number of months case was pending: 14.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $800.00 |
| Less amount refunded to debtor | $802.08 |

**NET RECEIPTS:** -$2.08

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | -$2.08 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** -$2.08

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Advantage Ambulance | Unsecured | 895.00 | NA | NA | 0.00 | 0.00 |
| Adventist Bolingbrook Hosp | Unsecured | 1,590.00 | NA | NA | 0.00 | 0.00 |
| Adventist Bolingbrook Hospital | Unsecured | 1,722.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 2,140.00 | 1,550.18 | 1,550.18 | 0.00 | 0.00 |
| Associated St James Radiologists | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Best Practices Of Northwest SC | Unsecured | 921.00 | NA | NA | 0.00 | 0.00 |
| Blue Cross Blue Shield | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Cavalry SPV I LLC | Unsecured | 300.00 | 309.75 | 309.75 | 0.00 | 0.00 |
| Center for Neurological Diseases | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 665.00 | 456.05 | 456.05 | 0.00 | 0.00 |
| Consultants In Clinical Pathol | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| Consultants In Lab Med | Unsecured | 10,000.00 | NA | NA | 0.00 | 0.00 |
| Cook County Department Of Revenue | Unsecured | 203.00 | NA | NA | 0.00 | 0.00 |
| Dept Of Human Services | Unsecured | 32,000.00 | NA | NA | 0.00 | 0.00 |
| DuPage Medical Group | Unsecured | 314.00 | NA | NA | 0.00 | 0.00 |
| Emergency Health Care Phys. | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| Emp Of Cook County | Unsecured | 672.00 | NA | NA | 0.00 | 0.00 |
| Evergreen Emergency Services | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Evergreen Health Care | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| Evergreen Park Emergency Services | Unsecured | 358.00 | NA | NA | 0.00 | 0.00 |
| Evergreen Park Emergency Services | Unsecured | 204.00 | NA | NA | 0.00 | 0.00 |
| Express Scripts | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| G & T Ortho Sports | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Global Financial Credit, LLC | Unsecured | 25,000.00 | NA | NA | 0.00 | 0.00 |
| Gottlieb Memorial Hospital | Unsecured | 401.00 | NA | NA | 0.00 | 0.00 |
| HESAA | Unsecured | 19,112.00 | 11,029.89 | 11,029.89 | 0.00 | 0.00 |
| HESAA | Unsecured | 0.00 | 9,104.18 | 9,104.18 | 0.00 | 0.00 |
| Hinsdale Surgical Center | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| Hinsdale Surgical Center | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| Integrys Energy | Unsecured | 4,228.00 | NA | NA | 0.00 | 0.00 |
| James D Schleneker MD | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Little Company of Mary | Unsecured | 737.00 | NA | NA | 0.00 | 0.00 |
| Little Company Of Mary Hospital | Unsecured | 1,833.00 | NA | NA | 0.00 | 0.00 |
| M H Cohon | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| Merchandise Credit Guide | Unsecured | 1,590.00 | NA | NA | 0.00 | 0.00 |
| Metro South Medical Center | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Michigan Ave Medical Associates | Unsecured | 4,676.00 | NA | NA | 0.00 | 0.00 |
| Natural Instincts | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Neeraj Join MD | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Northwest Community Hospital | Unsecured | 7,629.00 | NA | NA | 0.00 | 0.00 |
| Northwest Radiology Assoc S | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| P B Sales | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| PC Goodwin Medical LLC | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Pinnacle Pain Specialists | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Plastic Surgery & Hand Special | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Preferred Open MRI | Unsecured | 20,000.00 | NA | NA | 0.00 | 0.00 |
| Pronger Smith Medical Care | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| Pronger Smith Medical Care | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Radiology Imaging Consultants | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| Radiology Imaging Specialists LTD | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| Radiology Imaging Specialists LTD | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| Richard T Beaty DO | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Ridge Orthopedic & Rehab | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Riveredge Hospital | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| Robert J Adams & Associates | Unsecured | 4,830.00 | 5,664.49 | 5,664.49 | 0.00 | 0.00 |
| Rush University Medical Center | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| Southwest Medical Center | Unsecured | 305.00 | NA | NA | 0.00 | 0.00 |
| Sprint | Unsecured | 496.00 | NA | NA | 0.00 | 0.00 |
| Universal Radiology | Unsecured | 355.00 | NA | NA | 0.00 | 0.00 |
| US Rehabilitation | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Village of Arlington Heights | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$28,114.54** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---:|
| Expenses of Administration | -$2.08 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **-$2.08** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/06/2016     By: /s/ Marilyn O. Marshall
                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**